UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2631 (JMR/JGL)

Juan Bautista Pion )
)
v. ) ORDER
)
Robert K. Olson, )
L. Holland, )
Chris Bensen, )
Amy Klobuchar, and )
James Psomas )

On July 27, 2001, the Honorable Jonathan Lebedoff, United States Magistrate Judge, issued a Report and Recommendation in the above-titled action. Neither party filed timely objections to the Report, pursuant to Local Rule 72.1(c)(2).

Accordingly, IT IS ORDERED that:

1. Defendant Amy Klobuchar's Motion to Dismiss is granted. [Docket No. 7]

2. Plaintiff's Motion for Return of Forfeiture is denied. [Docket No. 10]

3. Defendant James Psomas's Motion to Dismiss is granted. [Docket No. 15]

4. Defendants Robert K. Olson, L. Holland, and Chris Bensen's Motion to Dismiss are granted. [Docket No. 18]

5. Plaintiff's Complaint is dismissed with prejudice.

LET JUDGMENT BE ENTERED.

Dated: September 26, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
SEP 21 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS